UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KERENNA ROBBINS,**

    **Plaintiff,**

v.                                         **Case No: 5:20-cv-299-Oc-18PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on the Commissioner's motion to stay the case for ninety days, or until the Social Security Agency ("SSA") regains the capacity to produce the certified transcript of the record necessary for this case. (Doc. 11). Due to the global COVID-19 crisis, the SSA has taken certain steps to maximize social distancing, including suspending in-office services to the public and moving rapidly toward a virtual work environment.

As a result, the SSA's Office of Appellate Operations ("OAO") in Falls Church, Virginia is unable to prepare the transcript of the record for this case. Many of the OAO's employees are teleworking and are unable to complete the critical in person physical tasks to produce the transcript.

Plaintiff has filed a response to the motion setting forth objections including that the Commissioner has been asking for stays in cases for over five months now, which will likely cause delays in the later stages of the proceedings. (Doc. 12). This point is well taken. Plaintiff has said that she is agreeable to a 60-day extension for the Commissioner to file an answer and transcript. Accordingly, the Commissioner's opposed motion to stay (Doc. 10) is GRANTED in part. The

- 2 -

Commissioner shall file an answer and the transcript of the record for this case within 60 days or advise the Court if another extension is needed.

**DONE** and **ORDERED** in Ocala, Florida on September 11, 2020.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties